**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                           NO. 4:11CR00148 JLH

CHRISTOPHER CHESTNUT                                                                      DEFENDANT

**ORDER**

Christopher Chestnut has filed a motion for early termination of supervised release. The statute provides that the Court may, after considering the relevant factors in 28 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the Court is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice. 28 U.S.C. § 3583(e). Chestnut has met all of his obligations while on supervised release. However, his prior conduct, including his criminal history and his history of misconduct while incarcerated, indicates that early termination of supervised release is not warranted by the interest of justice. The motion is therefore DENIED. Document #19.

IT IS SO ORDERED this 27th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE